UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE CHIPRES-RODRIGUEZ,**<br><br>Petitioner<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent | **CASE NO. 1:13-CR-0083 AWI**<br>**(Civil Case No. 1:16-cv-0938 AWI)**<br><br>**ORDER REFERRING MATTER TO THE FEDERAL DEFENDER'S OFFICE** |

On June 29, 2016, Petitioner filed a pro se petition under 28 U.S.C. § 2255.[1] See Crim. Doc. No. 29.

Pursuant to Eastern District of California General Order 563, Chief District Judge Morrison England appointed the Federal Defender's Office "to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether that defendant may qualify for federal habeas relief under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *Johnson* [*v. United States*, 135 S.Ct. 2551 (2015)], and to represent any petitions, motions, or applications relating thereto to the Court for disposition." E. D. of Cal. Gen. Order 563 (October 14, 2015).

Here, Petitioner's petition purports to raise issues related to *Johnson* and *Welch v. United States*, 136 S.Ct. 1257 (2016). Although Petitioner was represented by the Federal Defender's Office for less than a month, he was represented by retained counsel through his sentencing in

---

[1] Petitioner filed a certificate of service that states he mailed his petition from the Lompoc Penitentiary on June 24, 2016.

2015. Because Petitioner was able to obtain retained counsel, it is unclear whether Petitioner is currently indigent or fits the criteria of General Order 563.

Under these circumstances, the Court finds that it is appropriate to refer this matter to the Federal Defender's Office for review. If the Federal Defender's Officer believes that Petitioner fits within the scope of General Order 563, then it may file a notice of appearance. If the Federal Defender's Office does not believe that Petitioner fits within the scope of General Order 563, it shall so inform the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Prior to docketing this order, the Clerk is DIRECTED to add the Federal Defender's Office Panel Administrator Connie Garcia (Connie_Garcia@fdo.gov) to the service list; and
2. As soon as possible, but no later than 45 days from service of this order, the Federal Defender's Office shall file either a notice of appearance or notice of non-representation due to a failure to meet the General Order 563 criteria.[2]

IT IS SO ORDERED.

Dated:   July 6, 2016

SENIOR DISTRICT JUDGE

---

[2] If additional time is needed, the Federal Defender's Office may file a request for an extension of time.