UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE CHIPRES-RODRIGUEZ,**<br><br>Petitioner<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent | CASE NO. 1:13-CR-0083 AWI<br>(Civil Case No. 1:16-cv-0938 AWI)<br><br>ORDER TERMINATING PETITIONER IN LIGHT OF NOTICE OF WITHDRAWAL<br><br>(Doc. No. 29) |

On June 29, 2016, Petitioner filed a pro se petition under 28 U.S.C. § 2255. See Crim. Doc. No. 29. On July 6, 2016, the Court referred the matter to the Federal Defender's Office. See Doc. No. 30. On August 19, 2016, Petitioner signed a notice of withdrawal of his § 2255 petition. See Doc. No. 31. The notice is signed by Petitioner and his counsel from the Federal Defender's Office. See id. In light of Petitioner's withdrawal, the Court will order the Clerk's office to terminate the petition.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall TERMINATE that pending 28 U.S.C. § 2255 petition (Doc. No. 29) in light of Petitioner's withdrawal.

IT IS SO ORDERED.

Dated:  August 22, 2016                     _____
                                            SENIOR DISTRICT JUDGE